# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY A. HORSTKOTTER,<br><br>         Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 2:23-cv-01654-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision.

   The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: Dec. 5, 2023

Respectfully submitted,

*/s/ Marc V Kalagian*
MARC V KALAGIAN
(*as authorized via email on Dec. 5, 2023)
Attorney for Plaintiff

Dated: Dec. 6, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edmund Darcher*
EDMUND DARCHER
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: December 7, 2023.