Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail:  CBrown@shookandstone.com

Attorneys for Plaintiff
Tracy A. Horstkotter

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY A. HORSTKOTTER,<br><br>   Plaintiff,<br><br>   vs.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:23-cv-01654-EJY<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE ELAYNA J. YOUCHAH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

---

[1]     Martin O'Malley, the new Commissioner of Social Security, should be substituted as the defendant in this suit per F.R.C.P. Rule 25(d).  No further action need be taken per 42 U.S.C. § 405(g).

-1-

1  IT IS HEREBY STIPULATED, by and between the parties through their 2 undersigned counsel, subject to the approval of the Court, that Tracy A. 3 Horstkotter be awarded attorney fees in the amount of one thousand one hundred 4 dollars ($1,100.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 5 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920. 6 This amount represents compensation for all legal services rendered on behalf of 7 Plaintiff by counsel in connection with this civil action, in accordance with 28 8 U.S.C. §§ 1920; 2412(d).

9  After the Court issues an order for EAJA fees to Horstkotter, the 10 government will consider the matter of Horstkotter's assignment of EAJA fees to 11 Marc Kalagian. The retainer agreement containing the assignment is attached as 12 exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to 13 honor the assignment will depend on whether the fees are subject to any offset 14 allowed under the United States Department of the Treasury's Offset Program. 15 After the order for EAJA fees is entered, the government will determine whether 16 they are subject to any offset.

17  Fees shall be made payable to Horstkotter, but if the Department of the 18 Treasury determines that Horstkotter does not owe a federal debt, then the 19 government shall cause the payment of fees, expenses and costs to be made 20 directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the 21 assignment executed by Horstkotter.[2] Any payments made shall be delivered to 22 Law Offices of Lawrence D. Rohlfing, Inc., CPC.

---

[2] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1  This stipulation constitutes a compromise settlement of Horstkotter's
2  request for EAJA attorney fees, and does not constitute an admission of liability on
3  the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount
4  shall constitute a complete release from, and bar to, any and all claims that
5  Horstkotter and/or Marc Kalagian including Law Offices of Lawrence D. Rohlfing,
6  Inc., CPC, may have relating to EAJA attorney fees in connection with this action.

7  This award is without prejudice to the rights of Marc Kalagian and/or the
8  Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act
9  attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of
10 the EAJA.

11 DATE: January 5, 2024   Respectfully submitted,

12 LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

13 /s/ *Marc V. Kalagian* [3]

14 BY: _____
   Marc V. Kalagian
   Attorney for plaintiff
15 TRACY A. HORSTKOTTER

17 DATED: January 5, 2024   JASON M. FRIERSON
   United States Attorney

19 /s/ *Edmund Jack Darcher*

20 _____
   EDMUND JACK DARCHER
   Special Assistant United States Attorney
21 Attorneys for Defendant
   MARTIN O'MALLEY, Commissioner of Social
22 Security (Per e-mail authorization)

---

[3] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Approved and so ordered: |
| 3 | DATE: January 8, 2024 |
| 4 | _____ |
|   | THE HONORABLE ELAYNA J. YOUCHAH |
| 5 | UNITED STATES MAGISTRATE JUDGE |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |